ORDER:
Motion granted.  The ICMC is reset to March 19, 2013, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DONALD A. HENSEL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 3-12-cv-1298 |
| | ) | CAMPBELL/KNOWLES |
| CITY OF MOUNT JULIET; | ) | JURY DEMAND |
| MICHAEL ROUNTREE, Officer of Mt. | ) | |
| Juliet Police Department; JASON | ) | |
| BROCKMAN, Officer of Mt. Juliet | ) | |
| Police Department; and SCOTT FULTON | ) | |
| Sergeant of Mt. Juliet Police | ) | |
| Department; | ) | |
| | ) | |
| And | ) | |
| | ) | |
| CITY OF LEBANON; JASON PRUITTE, | ) | |
| Officer of Lebanon Police Department; | ) | |
| and JEREMY JOHNSON, Officer of | ) | |
| Lebanon Police Department, | ) | |
| | ) | |
|     Defendants | | |

_____

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND
AND TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE**
_____

All of the above-named Defendants jointly move this Court for an extension of time, up to and including February 28, 2013, in which to file responsive pleadings to the Plaintiff's complaint in the above-styled cause of action and further request a resetting of the Initial Case Management Conference to a date subsequent to February 28, 2013. In support of their motion, Defendants would show unto the Court as follows:

    1.    Counsel for the Defendants need this additional time to obtain and review necessary documents and materials and to meet with the multiple defendants in this matter; and